IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 2 2006

GREG C. LANGHAM
CLERK

Civil Action No. 06-cv-01612-BNB

JERRY GRADY,

Plaintiff,

v.

CAPTAIN EDMONDS,
DR. McLAUGHLIN,
NURSE TAYLOR,
LT. GILLESPI,
CASE MANAGER CATHY PFALZGRAPH,
P.A. ROBERTS,
P.A. WRIGGLEY,
WARDEN TONY CAROCHI, and
JOSEPH ORTIZ, Executive Director, et al.,

Defendants.

---

ORDER DISCHARGING SHOW CAUSE ORDER AND DRAWING CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

On August 21, 2006, the court ordered Plaintiff Jerry Grady to show cause why the instant action should not be dismissed for failure to exhaust administrative remedies. On September 18, 2006, Mr. Grady submitted his response to the show cause order. Based on the documents attached to the response, it now appears that Mr. Grady has exhausted administrative remedies and the complaint will not be dismissed at this time for failure to exhaust administrative remedies. The August 21 order to show cause will be discharged and this case will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the August 21, 2006, Order to Show Cause filed in this action

is discharged. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 21st day of September, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01612-BNB

Jerry Grady
Prisoner No. 93047
Buena Vista Minimum Center
PO Box 2005
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  9-22-06

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk