IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01612-DME-PAC

JERRY GRADY,

    Plaintiff,

v.

CAPTAIN EDMONDS,
DR. McLAUGHLIN,
NURSE TAYLOR,
LT. GILLESPI,
CASE MANAGER CATHY PFALZGRAPH,
P.A. ROBERTS,
P.A. WRIGGLEY,
WARDEN TONY CAROCHI, and
JOSEPH ORTIZ, Executive Director, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 3 2006

GREGORY C. LANGHAM
                CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

    THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

    ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: September 29, 2006

BY THE COURT:

s/ David M. Ebel

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01612-DME-PAC

Jerry Grady
Prisoner No. 93047
BVMC
PO Box 2005
Buena Vista, CO 81211

Captain Edmonds, Dr. Mclaughlin,
Nurse Taylor, Lt. Gillespi,
Cathy Pfalzgraph, P.A. Roberts,
P.A. Wriggley, Tony Carochi, and
Joseph Ortiz - WAIVER
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Captain Edmonds, Dr. Mclaughlin, Nurse Taylor, Lt. Gillespi, Cathy Pfalzgraph, P.A. Roberts, P.A. Wriggley, Tony Carochi, and Joseph Ortiz , and to John Suthers: COMPLAINT FILED 8/07/06, SUMMONS, WAIVER, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/3/06.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk