IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01612-DME-PAC

JERRY GRADY,

　　　Plaintiff,

v.

CAPTAIN EDMONDS,
DR. McLAUGHLIN,
NURSE TAYLOR,
LT. GILLESPI,
CASE MANAGER CATHY PFALZGRAPH,
P.A. ROBERTS,
P.A. WRIGGLEY,
WARDEN TONY CAROCHI, and
JOSEPH ORTIZ, Executive Director of DOC, *et al.*,

　　　Defendants.

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

　　　IT IS HEREBY **ORDERED** that plaintiff's Motion to Clarify Re: Order Granting Service by United States Marshal, filed October 13, 2006 [doc. # 14] **is granted**. Plaintiff has been allowed to proceed *in forma pauperis* under 28 U.S.C. § 1915, which means that the court ordered service by the U.S. Marshal's office [see doc. # 11].  The defendants (all of the named defendants) filed their waiver of service on October 3, 2006 [doc. # 12], so the plaintiff is not required to secure service for the defendants. The defendants' responsive pleadings are due on December 4, 2006.

Dated:  October 18, 2006