IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01612-DME-PAC

JERRY GRADY,

    Plaintiff,

v.

CAPTAIN EDMONDS,
DR. McLAUGHLIN,
NURSE TAYLOR,
LT. GILLESPI,
CASE MANAGER CATHY PFALZGRAPH,
P.A. ROBERTS,
P.A. WRIGGLEY,
WARDEN TONY CAROCHI, and
JOSEPH ORTIZ, Executive Director of DOC, *et al.*,

    Defendants.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that plaintiff shall file his response to Defendants' Motion to Dismiss, filed December 4, 2006, **on or before January 15, 2007.**  It is

    **FURTHER ORDERED** that Defendants' Motion to Accept "Amended Memorandum Brief in Support of Defendants' Motion to Dismiss," filed December 5, 2006, is **GRANTED**.

Dated:  December 11, 2006