IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01612-DME-PAC

JERRY GRADY,

    Plaintiff,

v.

CAPTAIN EDMONDS,
DR. McLAUGHLIN,
NURSE TAYLOR,
LT. GILLESPI,
CASE MANAGER CATHY PFALZGRAPH,
P.A. ROBERTS,
P.A. WRIGGLEY,
WARDEN TONY CAROCHI, and
JOSEPH ORTIZ, Executive Director of DOC, *et al.*,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that plaintiff's Motion for Teleconference by Video Conference (Doc. #31), filed February 5, 2007, is **DENIED.**  The court can recommend whether plaintiff's complaint should be dismissed under Fed.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief can be granted, and address the other legal arguments raised in defendants' motion to dismiss, without making any visual observations of the plaintiff's alleged injuries and disabilities.

Dated:  February 7, 2007