IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01612-DME-PAC

JERRY GRADY,

    Plaintiff,

v.

CAPTAIN EDMONDS,
DR. McLAUGHLIN,
NURSE TAYLOR,
LT. GILLESPI,
CASE MANAGER CATHY PFALZGRAPH,
P.A. ROBERTS,
P.A. WRIGGLEY,
WARDEN TONY CAROCHI, and
JOSEPH ORTIZ, Executive Director of DOC, *et al.*,

    Defendants.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Plaintiff's Request to File Additional Exhibit and Leave to File the Same [Doc. #32; filed February 5, 2007] is **DENIED.**  The court does not consider evidence outside the pleadings in ruling on defendant's Rule 12(b)(6) motion.  *See Miller v. Glanz*, 948 F.2d 1562, 1565 (10th Cir. 1991); Fed.R.Civ.P. 12(b).

Dated:  June 11, 2007