IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01612-DME-KLM

JERRY GRADY,

    Plaintiff,

v.

CAPTAIN EDMONDS, and
DR. McLAUGHLIN,

    Defendants.

_____

## ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    IT IS HEREBY **ORDERED** that a preliminary Scheduling Conference is set for **March 11, 2008 at the hour of 11:00 a.m.**, in Courtroom A501, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The parties need not comply with the requirements of Fed. R. Civ. P. 16 and 26(a)(1) and D.C. COLO.LCivR. 16.1 and 16.2. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.  Plaintiff and his/her case manager shall contact the court at: (303) 844-4892 on the above date and time in order to participate.

    IT IS FURTHER **ORDERED** that the Clerk's Office shall electronically mail a copy of this Minute Order to the legal assistant for the Department of Corrections at the following address: service_of_process@doc.state.co.us.

    Dated:  January 29, 2008