IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01612-DME-KLM

JERRY GRADY,

    Plaintiff,

v.

CAPTAIN EDMONDS, and
DR. McLAUGHLIN,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Ask This Honorable Court Which Judge to Mail Motions Too** [sic]**, and Which Judge Sits on This Civil Action Suit & Case** [Docket No. 96; filed May 7, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Plaintiff is informed that District Judge David M. Ebel and Magistrate Judge Kristen L. Mix are assigned to his case. Plaintiff should not address his filings to either Judge Ebel or Magistrate Judge Mix. All documents to be filed in the case should be addressed as follows:

Clerk of the Court
United States District Court
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294-3589

    Dated: May 19, 2008