IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01612-DME-KLM

JERRY GRADY,

    Plaintiff,

v.

CAPTAIN EDMONDS, and
DR. McLAUGHLIN,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff Requesting a Federal Order, to Force the Defendant's** [sic] **Into Giving the Plaintiff Their Discovery That Was Order** [sic] **by this Court** [Docket No. 103; Filed June 30, 2008] (the "Motion").

    Plaintiff requests an Order compelling Defendants to respond to his written discovery requests. However, pursuant to D.C.Colo. LCivR. 37.1, "A motion under Fed. R. Civ. P. 26 or 37 directed to interrogatories or requests under Fed. R. Civ. P. 33 or 34 or to responses thereto shall set forth verbatim the interrogatory, request, and response to which the motion is directed."

    Accordingly, IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for failure to comply with D.C.Colo.LCivR. 37.1.

    Dated: July 14, 2008