IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01612-DME-KLM

JERRY GRADY,

      Plaintiff,

v.

CAPTAIN EDMONDS, and
DR. McLAUGHLIN,

      Defendants.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **RE: Dispositive Motions Deadline**
[Docket No. 108; Filed July 16, 2008] (the "Letter").  The Court does not respond to
letters.  All requests for Court action in a case must in the form of a motion.  Fed. R. Civ.
P. 7(b); D.C.Colo.LCivR. 6.1(c).  Plaintiff has failed to comply with these rules.
Accordingly, IT IS HEREBY **ORDERED** that the Letter is **STRICKEN** for the reasons set
forth above, pursuant to Fed. R. Civ. P. 12(f).

      Dated:  September 2, 2008